IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **KIMBERLY JONES, Ms.,** | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:25cv242-MHT |
| | ) | (WO) |
| **CARRINGTON MORTGAGE** | ) | |
| **SERVICERS, et al.,** | ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER**

Upon consideration of plaintiff's objection to the order of the United States Magistrate Judge transferring this case to the Northern District of Alabama, it is ORDERED that the objection (Doc. 22) is overruled. The court agrees with the United States Magistrate Judge that this case should have been transferred to the Northern District of Alabama, and the court adopts the magistrate judge's order (Doc. 21).

DONE, this the 20th day of August, 2025.

                                      /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**